| Attorney or Party without Attorney: <br> Reza Mirzaie (SBN 246953) <br> RUSS AUGUST & KABAT <br> 12424 Wilshire Boulevard, 12th Floor <br> Los Angeles, CA 90025 <br> *Telephone No:* 310-826-7474 <br> *Attorney For:* Plaintiff | *Ref. No. or File No.:* <br> 4849-2E | **For Court Use Only** |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT for the Western District of Texas

*Plaintiff:* REDSTONE LOGICS LLC
*Defendant:* ADVANCED MICRO DEVICES, INC.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 7:25-cv-00182 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint For Patent Infringement; Plaintiff's Rule 7.1 Disclosure Statement; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Plaintiff's Notice Of Related Cases; Order And Advisory; Advisory To The Clerk Of Court; Case assigned to Judge David Counts pursuant to the Order Assigning Business of the Court as it Relates to Patent Cases

3. a. Party served:   ADVANCED MICRO DEVICES, INC. C T CORPORATION SYSTEM
   b. Person served: George Martinez, Authorized to Accept service for CT Corporation System, Agent for Service of Process authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   1999 Bryan Street Suite 900, Dallas, TX 75201

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Apr 25 2025 (2) at: 01:45 PM

6. **Person Who Served Papers:**
   a. Kim Shaw                                      d. **The Fee** for Service was:   $328.50
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**



5/1/2025
(Date)                                             (Signature)



PROOF OF SERVICE

13176079
(17213466)