UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

REDSTONE LOGICS LLC,

    *Plaintiff*,

v.

ADVANCED MICRO DEVICES, INC.,

    *Defendant*.

Case No. 7:25-CV-00182

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO ANSWER OR OTHERWISE RESPOND**

Defendant Advanced Micro Devices, Inc. ("AMD") respectfully moves the Court for an order extending the deadline for AMD to answer, move, or otherwise respond to Redstone Logics LLC's ("Plaintiff") Complaint for Patent Infringement (ECF No. 1). The deadline for AMD to answer, move, or otherwise respond to Plaintiff's Complaint is May 16, 2025.

AMD requests an extension of time to answer, move, or otherwise respond to Plaintiff's Complaint to June 30, 2025. Plaintiff does not oppose AMD's request. The request is not sought for purposes of delay. Therefore, AMD respectfully requests that the Court extend the deadline for AMD to answer, move, or otherwise respond to Plaintiff's Complaint to June 30, 2025.

Dated: May 13, 2025

Respectfully submitted,

*/s/ Jennifer Librach Nall*
Jennifer Librach Nall
Texas Bar No. 24061613
DLA PIPER LLP (US)
303 Colorado, Suite 3000
Austin, TX 78701
Tel: 512.457.7125
Fax: 512.457.7001
jennifer.nall@us.dlapiper.com

1620278677

- 2 -

ATTORNEY FOR DEFENDANT
ADVANCED MICRO DEVICES, INC.

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendant conferred with Plaintiff's counsel on May 9, 2025.  Plaintiff do not oppose Defendant's request sought in this motion.

*/s/ Jennifer Librach Nall*
Jennifer Librach Nall

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.  Any other counsel of record will be served by first class U.S. mail.

*/s/ Jennifer Librach Nall*
Jennifer Librach Nall

- 2 -

1620278677