- 3 -

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>ADVANCED MICRO DEVICES, INC.,<br><br>*Defendant*. | Case No. 7:25-CV-00182 |

**ORDER GRANTING UNOPPOSED MOTION**
**FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

This Court, having considered Advanced Micro Devices, Inc.'s Unopposed Motion to Extend Time to Answer, Move, or Otherwise Respond to Plaintiff's Complaint hereby orders that the motion is GRANTED.

Advanced Micro Devices, Inc.'s deadline to answer, move, or otherwise respond to Plaintiff's Complaint (ECF No. 1) shall be set on June 30, 2025.

SIGNED this _____ day of May 2025.

                                                                               _____
                                                                               THE HONORABLE DAVID COUNTS
                                                                               UNITED STATES DISTRICT JUDGE

1620278677