**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **REDSTONE LOGICS LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| *v.* | § | **CASE NO. 7:25-CV-00182-DC-DTG** |
| | § | |
| **ADVANCED MICRO DEVICES, INC.,** | § | |
| | § | |
| *Defendant,* | § | |

**ORDER GRANTING DEFENDANT'S FIRST MOTION**
**FOR EXTENSION OF TIME TO FILE ANSWER (ECF NO. 9)**

Before the Court is Defendant Advanced Micro Devices, Inc.'s First Unopposed Motion for Extension of Time to respond to Plaintiff's Complaint (ECF No. 9). Defendant requests a forty-five (45) day extension of the answer deadline. Having considered the motion, the Court finds that the motion should be **GRANTED**.

It is **ORDERED** that Defendant shall respond to Plaintiff's Complaint on or before June 30, 2025.

**SIGNED** this 15th day of May, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE