AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| REDSTONE LOGICS LLC | ) | | |
|---|---|---|---|
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 7:25-cv-000182-DC-DTG |
| ADVANCED MICRO DEVICES, INC. | ) | | |
| *Defendant* | ) | | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

REDSTONE LOGICS LLC                                                                                                            .

Date:   06/11/2025

/s/ Qi (Peter) Tong
*Attorney's signature*

Qi (Peter) Tong, TX SBN 24119042
*Printed name and bar number*

Russ August & Kabat
8080 N. Central Expy., Suite 1503
Dallas, TX 75206

*Address*

ptong@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 979-8268
*FAX number*