UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> ADVANCED MICRO DEVICES, INC., <br><br> *Defendant*. | Case No. 7:25-CV-00182-DC-DTG |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney hereby enters his appearance in this matter as counsel of record for Defendant Advanced Micro Devices, Inc. and consents to electronic service of all papers in this action.

Dated: June 24, 2025

Respectfully submitted,

*/s/ Michael Saulnier*
Michael Saulnier
Texas Bar No. 24131647
DLA PIPER LLP (US)
303 Colorado, Suite 3000
Austin, TX  78701
Tel: 512.457.7125
Fax: 512.457.7001
michael.saulnier@us.dlapiper.com

**ATTORNEY FOR DEFENDANT
ADVANCED MICRO DEVICES, INC.**

1621306085

## CERTIFICATE OF SERVICE

      I hereby certify that on June 24, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.  Any other counsel of record will be served by first class U.S. mail.

                                              */s/ Michael Saulnier*
                                              Michael Saulnier

1621306085