UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>            *Plaintiff*,<br><br>v.<br><br>ADVANCED MICRO DEVICES, INC.,<br><br>            *Defendant*. | Case No. 7:25-CV-00182-DC-DTG |

### STIPULATED MOTION TO DISMISS PLAINTIFF'S PRESUIT INDIRECT INFRINGEMENT CLAIMS WITHOUT PREJUDICE

WHEREAS, the above-captioned action was by Plaintiff Redstone Logics LLC ("Redstone") against Defendant Advanced Micro Devices, Inc. ("AMD"), in the United States District Court for the Western District of Texas, Midland/Odessa Division on April 18, 2025.

WHEREAS, in the above-captioned action, Redstone alleges that certain of AMD's products infringe U.S. Patent No. 8,549,339 (the "Asserted Patent").

NOW, THEREFORE, Redstone and AMD, through their respective counsel, jointly stipulate to the entry of an Order dismissing the pre-suit portion of Redstone's claims of contributory infringement and induced infringement (herein, "pre-suit indirect infringement") without prejudice to those portions of the claims being reasserted within three months after the start of fact discovery.  The parties further stipulate to permit fact discovery on pre-suit indirect infringement when fact discovery starts.  This stipulation is filed without prejudice to AMD filing a motion to dismiss Redstone's pre-suit indirect infringement claims in the event that Redstone amends its complaint to re-allege pre-suit indirect infringement at a later date.

Dated: June 24, 2025	Respectfully submitted,

*/s/ Jennifer Librach Nall*
Jennifer Librach Nall
Texas Bar No. 24061613
Michael Saulnier
Texas Bar No. 24131647
DLA PIPER LLP (US)
303 Colorado, Suite 3000
Austin, TX 78701
Tel: 512.457.7125
Fax: 512.457.7001
jennifer.nall@us.dlapiper.com
michael.saulnier@us.dlapiper.com

Daniel Valencia
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC 20004
Tel: 202.799.4000
Fax: 202.799.5000
daniel.valencia@us.dlapiper.com

**ATTORNEY FOR DEFENDANT ADVANCED MICRO DEVICES, INC.**

*/s/ Qi (Peter) Tong*
Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
Joshua Scheufler
TX State Bar No. 24123406
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com

Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com
Email : jscheufler@raklaw.com

Qi (Peter) Tong
TX Bar No. 24119042
RUSS AUGUST & KABAT
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: 310-826-7474
Email: ptong@raklaw.com

**ATTORNEYS FOR PLAINTIFF,
REDSTONE LOGICS LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.  Any other counsel of record will be served by first class U.S. mail.

*/s/ Jennifer Librach Nall*
Jennifer Librach Nall

- 3 -

1621301582