UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC, *Plaintiff*, v. ADVANCED MICRO DEVICES, INC., *Defendant*. | Case No. 7:25-CV-00182-DC-DTG |

## ORDER ON STIPULATED MOTION TO DISMISS PLAINTIFF'S PRESUIT INDIRECT INFRINGEMENT CLAIMS WITHOUT PREJUDICE

The Court, having reviewed and considered the Stipulated Motion to Dismiss Plaintiff's Presuit Indirect Infringement Claims Without Prejudice, hereby GRANTS the motion to dismiss those claims stipulated therein WITHOUT PREJUDICE. It is FURTHER ORDERED that Plaintiff is GRANTED leave to amend its pleadings to reassert those claims within three months after the start of discovery, and that Plaintiff is GRANTED leave to take discovery on those claims when fact discovery begins.

IT IS SO ORDERED.

SIGNED this _____ day of June 2025.

_____
THE HONORABLE DAVID COUNTS
UNITED STATES DISTRICT JUDGE

1621301578