# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>　　　*Plaintiff*,<br><br>v.<br><br>ADVANCED MICRO DEVICES, INC.,<br><br>　　　*Defendant*. | Case No. 7:25-CV-00182-DC-DTG |

**DEFENDANT ADVANCED MICRO DEVICES, INC.'S DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Advanced Micro Devices, Inc. states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: June 30, 2025

Respectfully submitted,

*/s/ Jennifer Librach Nall*
Jennifer Librach Nall
Texas Bar No. 24061613
Michael Saulnier
Texas Bar No. 24131647
DLA PIPER LLP (US)
303 Colorado, Suite 3000
Austin, TX  78701
Tel: 512.457.7125
Fax: 512.457.7001
jennifer.nall@us.dlapiper.com
michael.saulnier@us.dlapiper.com

Daniel Valencia
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC 20004
Tel: 202.799.4000
Fax: 202.799.5000
daniel.valencia@us.dlapiper.com

1620537779

**ATTORNEY FOR DEFENDANT**
**ADVANCED MICRO DEVICES, INC.**

1620537779

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record. Any other counsel of record will be served by first class U.S. mail.

*/s/ Jennifer Librach Nall*
Jennifer Librach Nall

1620537779