# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND DIVISION

REDSTONE LOGICS LLC

vs.    Case No.: 7:25-CV-00182-DC-DTG

ADVANCED MICRO DEVICES, INC.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Chris M. Katsantonis, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Advanced Micro Devices, Inc. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) DLA Piper LLP (US) with offices at:

   Mailing address: 444 West Lake Street, Suite 900

   City, State, Zip Code: Chicago, IL 60606-0089

   Telephone: 312 368-4000    Facsimile: 312-236-7516

2. Since November 17, 2022, Applicant has been and presently is a member of and in good standing with the Bar of the State of Illinois. Applicant's bar license number is 6342221.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| Pennsylvania (PA-329107) | 12/29/2020 |
| United States Patent and Trademark Office | 9/11/2019 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: See Attachment A.   on the ____ day of _____, ____.

   Number: _____   on the ____ day of _____, ____.

   Number: _____   on the ____ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   On Oct. 23, 2012, the Pennsylvania State University Police Dept. charged me with purchase, consumption, possession, or transportation of liquor by a minor. As a result, I was fined and summoned to the Commonwealth of Pennsylvania, Centre County, Magisterial D. Ct. 49-1-01. After entering into a provisional guilty plea and completing a Youthful Offenders Program, my record was expunged of this charge.

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

## ATTACHMENT A

5.     I have previously applied to Appear Pro Hac Vice in this district court in Cases:

- 6:21-cv-01169-ADA on the 13th day of September 2022
- 6:21-cv-00916-ADA on the 30th day of December 2022
- 1:18-cv-00552 on the 15th day of June 2023
- 1:23-cv-00661 on the 30th day of December 2022
- 6:22-cv-00642 on the 16th day of March 2023
- 6:22-cv-00076-ADA on the 16th day of May 2025

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Jennifer Librach Nall

Mailing address: DLA Piper LLP (US), 303 Colorado Street, Suite 3000

City, State, Zip Code: Austin, TX 78701

Telephone: 512 457-7000

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Chris M. Katsantonis to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Chris M. Katsantonis
[printed name of Applicant]

*/s/ Chris M. Katsantonis*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 1 day of July, 2025.

Chris M. Katsantonis
[printed name of Applicant]

*/s/ Chris M. Katsantonis*
[signature of Applicant]

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

## MIDLAND DIVISION

REDSTONE LOGICS LLC

vs.                                            Case No.: 7:25-CV-00182-DC-DTG

ADVANCED MICRO DEVICES, INC.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Chris M. Katsantonis, counsel for Advanced Micro Devices, Inc., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Chris M. Katsantonis may appear on behalf of Advanced Micro Devices, Inc. in the above case.

IT IS FURTHER ORDERED that Chris M. Katsantonis, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of July _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE