# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **REDSTONE LOGICS LLC,** *Plaintiff* | § § § | |
| | § | MO:25-CV-00182-DC |
| v. | § § | |
| **ADVANCED MICRO DEVICES, INC.,** *Defendant* | § § § § | |

## ORDER

The Court, having reviewed and considered the stipulated motion to dismiss Redstone Logics LLC's presuit indirect infringement claims without prejudice, **GRANTS** the motion to dismiss those claims stipulated therein **WITHOUT PREJUDICE**. It is **FURTHER ORDERED** that Redstone is **GRANTED** leave to amend its pleadings to reassert those claims within three months after the start of discovery and that Redstone is **GRANTED** leave to take discovery on those claims when fact discovery begins.

It is **SO ORDERED**.

SIGNED this 30th day of July, 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE