# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| **REDSTONE LOGICS LLC** | § | |
| | § | |
| vs. | § | NO:  MO:25-CV-00182-DC-DTG |
| | § | |
| **ADVANCED MICRO DEVICES, INC.** | § | |
| *Defendant* | | |

## ORDER CANCELLING INITIAL PRETRIAL CONFERENCE HELD IN PERSON

**IT IS HEREBY ORDERED** that the above entitled and numbered case having been set for INITIAL PRETRIAL CONFERENCE HELD IN PERSON, on Wednesday, September 24, 2025 at 02:00 PM  is hereby CANCELLED until further order of the court.

**IT IS SO ORDERED** this **19th day of September, 2025**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE