# EXHIBIT 5

**Rundio, Regan J.**

| | |
|---|---|
| **From:** | Joshua J. Yi <josh@joshuayipatentlaw.com> |
| **Sent:** | Wednesday, June 4, 2025 4:54 PM |
| **To:** | rmirzaie@raklaw.com; cconkle@raklaw.com; jma@raklaw.com; jscheufler@raklaw.com; mafenster@raklaw.com; nrubin@raklaw.com; richard.zembek@nortonrosefulbright.com; brett.mckean@nortonrosefulbright.com; daniel.leventhal@nortonrosefulbright.com; eric.green@nortonrosefulbright.com |
| **Cc:** | Kristie Davis; Jennifer Clark; Ryan Hering |
| **Subject:** | Redstone Logics LLC v. Qualcomm Inc. et al (7:24-cv-00231-ADA) |

Counsel,

The Court provides the following preliminary constructions in advance of Monday's Markman hearing.  The purpose of preliminary constructions is to streamline the hearing by providing the parties an indication of the Court's current position for each term.  Although the parties are, of course, free to argue for their originally proposed construction, it is generally unlikely that the Court will select a party's originally proposed construction over the preliminary construction.  As such, the Court believes that making arguments to fine-tune the preliminary construction may be more helpful.  The preliminary constructions are not final as the Court may change some of those constructions based on the arguments at the hearing.

Of the below terms, please let me know what terms each side would like to argue at least one hour before the hearing. Each side may email their list separately (but please CC the other side) or jointly (please indicate which side, or both, wants to argue each term).  To the extent a junior attorney will be arguing a term, please let me know which term(s) the junior attorney will be arguing.

Also, at least one hour before the hearing, please submit any slides the parties (and CC the other side) wish to use at the Markman hearing.

If you have any questions, please let me know.  Thanks.

-Josh

P.S. To assist the court reporter (Kristie Davis, CC-ed), please email her a copy of your slides as soon as possible (it's okay if it's just a draft).  When you email her, no need to CC the other side or the Court as it is purely to help her generate the transcript as quickly as possible.

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Preliminary Construction |
|---|---|---|---|
| #1: "the first clock signal is independent from the second clock signal"<br><br>U.S. Patent No. 8,549,339, Claims 1, 21 | Plain and ordinary meaning | Plain and ordinary, which requires that the first and second clock signals depend from different reference oscillator clocks | Plain-and-ordinary meaning, wherein the plain and ordinary meaning does not require that the first and second clock signals depend |

1

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Preliminary Construction |
|---|---|---|---|
| Proposed by Defendants | | | from different reference oscillator clocks. |
| #2: "located in a periphery of the multi-core processor"<br><br>U.S. Patent No. 8,549,339, Claim 5<br><br>Proposed by Defendants | Plain and ordinary meaning | Indefinite | Not indefinite. Plain-and-ordinary meaning. |
| #3: "located in a common region that is substantially central to the first set of processor cores and the second set of processor cores"<br><br>U.S. Patent No. 8,549,339, Claim 14<br><br>Proposed by Defendants | "Located in a common region of the first set of processor cores and the second set of processor cores" | Indefinite | Indefinite |

**Joshua J. Yi, Ph.D.**
The Law Office of Joshua J. Yi, PLLC
13492 Research Blvd; Ste. 120 – #445
Austin, TX 78750-2254
https://joshuayipatentlaw.com/

