IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>ADVANCED MICRO DEVICES, INC.,<br><br>*Defendant*. | Case No. 7:25-CV-00182-DC-DTG |

**ORDER GRANTING PARTIES' JOINT MOTION FOR ENTRY
OF PRIOR CLAIM CONSTRUCTION**

The Parties jointly moved for entry of the prior claim construction with regard to certain specified terms (set forth below). The Parties seek to incorporate into the record of the above-captioned case the claim construction record relevant to certain claim terms in U.S. Patent No. 8,549,339 (the "'339 patent") that were disputed in *Redstone Logics LLC v. Qualcomm Inc. et al.*, No. 7:24-cv-00231-ADA (the "Qualcomm Case").

All of the disputed claim terms and proposed constructions in the above-captioned case were presented to the Court in the Qualcomm Case. The Parties each agree not to, and shall not, contend that their Joint Motion and/or entry of relevant portions of the previous claim construction record constitutes a waiver, forfeiture, or lack of preservation of any right to appeal, or of any argument regarding, the instant claim construction order entered in this case.

Having considered the Motion, the Court finds it should be and hereby is **GRANTED**.

1. The Court adopts its reasoning in the Claim Construction Order and Memorandum in Support Thereof from the Qualcomm Case, ECF No. 43, but only insofar as it relates to the following disputed terms, which the Court hereby construes as follows:

1

| Claim Term in U.S. Patent No. 8,549,339 | Court's Construction |
|---|---|
| "located in a periphery of the multi-core processor" (claim 5) | Not indefinite. Plain-and-ordinary meaning. |
| "located in a common region that is substantially central to the first set of processor cores and the second set of processor cores" (claim 14) | Indefinite |

    2.    The Court adopts the Parties' agreed-upon construction:

| Claim Term in U.S. Patent No. 8,549,339 | Court's Construction |
|---|---|
| "a first/second set of processor cores" (claims 1, 21) | "a first/second group of two or more processor cores" |

    3.    The Court hereby incorporates the portion of the claim construction record in the Qualcomm Case that the Parties attached as exhibits to their Joint Motion, including briefing, related declarations, exhibits, preliminary constructions, hearing transcripts, and the Court's October 15, 2025, claim construction order and memorandum, into the above-captioned case.

**IT IS SO ORDERED.**

Signed this ____ day of _____ , 2026.

_____
UNITED STATES DISTRICT JUDGE

1627996723