# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC, *Plaintiff*, v. ADVANCED MICRO DEVICES, INC., *Defendant*. | Case No. 7:25-CV-00182-DC-DTG |

## DECLARATION OF JENNIFER LIBRACH NALL IN SUPPORT OF DEFENDANT ADVANCED MICRO DEVICES, INC.'S OPENING CLAIM CONSTRUCTION BRIEF

I, Jennifer Librach Nall, hereby declare:

1.  I am a partner with the law firm of DLA Piper LLP (US) and lead counsel for Defendant Advanced Micro Devices, Inc. ("AMD") in this case. I have personal knowledge of the facts contained in the declaration and, if called upon to do so, I could and would testify competently to the matters herein.

2.  Attached as **Exhibit 1** is a true and correct copy of U.S. Patent No. 8,549,339 to Wolfe, issued on October 1, 2013.

3.  Attached as **Exhibit 2** is a true and correct copy of the file history U.S. Patent Application No. 12/713,220.

4.  Attached as **Exhibit 3** is a true and correct copy of U.S. Patent Application Publication No. 2009/0106576 to Jacobowitz, published on April 23, 2009.

5.  Attached as **Exhibit 4** is a true and correct copy of U.S. Patent Application Publication No. 2009/0138737 to Kim, published on May 28, 2009.

6.  Attached as **Exhibit 5** is a true and correct copy of excerpts from The Oxford English Dictionary, Second Edition, Volume II, Clarendon Press – Oxford, 1989.

7.      Attached as **Exhibit 6** is a true and correct copy of excerpts from the New Oxford American Dictionary, Third Edition, Oxford Press, 2010.

8.      Attached as **Exhibit 7** is a true and correct copy of U.S. Patent Application Publication No. 2010/0122101 to Naffziger, published May 13, 2010.

9.      Attached as **Exhibit 8** is a true and correct copy of *MediaTek, Inc. et al. v. Redstone Logics LLC*, No. IPR2025-00085, Patent Owner's Preliminary Response, dated February 5, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 21, 2026, at Austin, Texas.

*/s/ Jennifer Librach Nall*
Jennifer Librach Nall

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 21, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record. Any other counsel of record will be served by first class U.S. mail.

                                  */s/ Jennifer Librach Nall*
                                  Jennifer Librach Nall

1628068793