# EXHIBIT 5

# THE OXFORD ENGLISH DICTIONARY

SECOND EDITION

*Prepared by*
J. A. SIMPSON *and* E. S. C. WEINER

VOLUME VII
Hat–Intervacuum

CLARENDON PRESS · OXFORD
1989

*Oxford University Press, Walton Street, Oxford* OX2 6DP
*Oxford  New York  Toronto*
*Delhi  Bombay  Calcutta  Madras  Karachi*
*Petaling Jaya  Singapore  Hong Kong  Tokyo*
*Nairobi  Dar es Salaam  Cape Town*
*Melbourne  Auckland*
*and associated companies in*
*Berlin  Ibadan*

*Oxford is a trade mark of Oxford University Press*

© *Oxford University Press 1989*

*All rights reserved. No part of this publication may be reproduced,*
*stored in a retrieval system, or transmitted, in any form or by any means,*
*electronic, mechanical, photocopying, recording, or otherwise, without*
*the prior permission of Oxford University Press*

*British Library Cataloguing in Publication Data*
*Oxford English dictionary.—2nd ed.*
*1. English language-Dictionaries*
*I. Simpson, J. A. (John Andrew), 1953-*
*II. Weiner, Edmund S. C., 1950-*
*423*
*ISBN 0-19-861219-2 (vol. VII)*
*ISBN 0-19-861186-2 (set)*

*Library of Congress Cataloging-in-Publication Data*
*The Oxford English dictionary.—2nd ed.*
*prepared by J. A. Simpson and E. S. C. Weiner*
*Bibliography: p.*
*ISBN 0-19-861219-2 (vol. VII)*
*ISBN 0-19-861186-2 (set)*
*1. English language—Dictionaries.  I. Simpson, J. A.*
*II. Weiner, E. S. C.  III. Oxford University Press.*
*PE1625.087 1989*
*423—dc19    88-5330*

*Data capture by ICC, Fort Washington, Pa.*
*Text-processing by Oxford University Press*
*Typesetting by Filmtype Services Ltd., Scarborough, N. Yorks.*
*Manufactured in the United States of America by*
*Rand McNally & Company, Taunton, Mass.*

against the Scottish Commissioners. **1646** SIR T. BROWNE *Pseud. Ep.* I. iii. 12 The independency of their causes, and contingency in their events. **1647** MAY *Hist. Parl.* I. v. 55 The independency of that kingdome. *a* **1670** RUST *Disc. Truth* (1682) 185 Then will God be determined in his actions from something without himself, which is to take away his independency and self-sufficiency. **1737** POPE *Hor. Ep.* I. vii. 70 'Give me', I cry'd, (enough for me) 'My Bread, and Independency!' **1748** CHESTERF. *Lett.* (1792) II. cxlv. 20 The Seven United Provinces; whose independency was first allowed by Spain at the treaty of Munster. **1775** J. ADAMS in *Fam. Lett.* (1876) 66 Suspicions entertained of designs of independency; an American republic. **1790** BEWICK *Hist. Quadrup.* (1807) 1 The wild and extensive plains..where he [the horse] ranges without controul, in a state of entire independency. **1829** I. TAYLOR *Enthus.* iii. (1867) 55 Reason as well as faith..demands that we deny independency to whatever is created. **1884** *Pall Mall G.* 16 Feb. 8/2 Urged to maintain the independency of Zulu territory.

**b. Const.** *on, upon, of,* rarely *from.*

**1624** F. WHITE *Repl. Fisher* 450 In an extasie there is alienation and independencie of the spirit vpon the sences. **1630** PRYNNE *Anti-Armin.* 94 The freenesse of Gods Election, and its in-dependancy on any fore-seene faith. **1642** G. EGLISHAM *Forerunner Revenge* in *Select. Harl. Misc.* (1793) 371 In regard..of my independency from the accused. **1668** PEPYS *Diary* (1877) V. 433 In opposition to, or at least independency of, the Duke of York. **1796** MORSE *Amer. Geog.* I. 256 A desirable degree of independency on British and other foreign manufactures. **1841-4** EMERSON *Essays* Ser. I. ix. (1876) 217 Its independency of those limitations which circumscribe us on every hand.

**2.** That system of ecclesiastical polity in which each local congregation of believers is held to be a church independent of any external authority: = CONGREGATIONALISM 1.

The prevailing name in England, in the 17th century, for this form of church government, but not favoured in New England (see quot. 1648, and CONGREGATIONAL 3), and in modern use (other than historical) largely displaced by *Congregationalism.*

**1642** SIR E. DERING *Sp. on Relig.* xvi. 82 That new-borne Bastard, Independency. **1648** J. COTTON *Way Congreg. Ch.* (New Eng.) 11 Nor is Independency a fit name of the way of our Churches. For in some respects it is too strait, and in others too large. **1648** C. WALKER *(title)* The History of Independency. **1694** *Provid. God* 95 Those they then called Puritans..were divided about Church-Government, some for Presbytery and others for Independency. **1733** NEAL *Hist. Purit.* II. 107 His [Robinson's] peculiar sentiments of Church discipline, since known by the name of Independancy. **1872** G. H. CURTEIS *Bampton Lect.* ii. 41 The cradle in which Independency was nurtured was the Non-Conforming Puritanism of the sixteenth century.

**3.** *concr.* **a.** *pl.* Independent things; things unrelated to each other.

**1659** BP. WALTON *Consid. Considered* 9 The whole being 'rudis indigestaque moles', a confused heap of Independencies. [A pun on sense 2.]

**b.** An independent or autonomous state. (Cf. DEPENDENCY 4 c.)

**1818** JAS. MILL *Brit. India* II. v. ii. 355 Of these independencies, the most important..was that..which..included the whole of the vast province, or region of Berar. **1847** GROTE *Greece* II. xxv. IV. 16 Many petty independencies, small towns, and villages.

**c.** A person of independent means.

**1866** CARLYLE *Edw. Irving* 125 Expecting to be flattered like an independency, as well as paid like an innkeeper.

**d.** A competency; a fortune which renders it unnecessary for the possessor to earn his living: = prec. 2.

**1748** RICHARDSON *Clarissa* (1811) I. xiii. 87, I, who never designed to take advantage of the independency bequeathed me. **1804** W. TENNANT *Ind. Recreat.* (ed. 2) I. 286 Men..who leave their native country with the sole view of acquiring an independency. **1886** *L'pool Daily Post* 5 Mar. 4/5 The deceased had something in the nature of an independency, however modest.

**independent** (ɪndɪˈpɛndənt), *a.* and *sb.* Also 7-8 -ant. [f. IN-³ + DEPENDENT; cf. F. *indépendant* (*c* 1600 in Hatz.-Darm.), It. *independente* (Florio, 1598).] Not dependent.

**A.** *adj.*

**1. a.** Not depending upon the authority of another, not in a position of subordination or subjection; not subject to external control or rule; self-governing, autonomous, free.

**1611** H. JACOB *Declar. & Plainer Open.* 13 [Each congregation is] an entire and independent body-politic, endued with power immediately from and under Christ. **1651** HOBBES *Leviath.* II. xxix. 172 It is not one independent Common-wealth, but three independent Factions. **1774** J. BRYANT *Mythol.* II. 40 Attica..was divided into..independant hamlets. **1776** ADAM SMITH *W.N.* I. viii. (1869) I. 73 An independent workman, such as a weaver or shoemaker. **1882** MRS. PITMAN *Mission L. Greece & Pal.* 37 In 1829, Greece was acknowledged as an independent state, having its own king and government. **1885** J. MARTINEAU *Types Eth. Th.* II. 10 The theory of an autonomous or independent conscience.

**b. Const.** *of* (formerly *on, upon, from*).

**1651** HOBBES *Govt. & Soc.* xv. §18. 258 An opinion, that there is any man endued with a Soveraignty independent from God. **1680** MORDEN *Geog. Rect., Brit. Isles* (1685) 15 These Islands..were first possessed by divers People, independent one upon the other. **1705** ADDISON *Italy* 489 The Town of St. Gaul is a little Protestant Republick, wholly independent of the Abbot. **1776** (13 June) *Amherst Rec.* (1884) 70/1 Voted—That should the Honourable Congress, for the safety of the united Colonies in America: Declare them Independant of the Kingdom of Great-Britain; We..solemnly engage with our lives and fortunes to support them in the measure. **1785** T. BALGUY *Disc.* 115 It has been said..that the church is independent on the state.

**2.** (with capital *I.*) Belonging or adhering to that form of ecclesiastical polity called INDEPENDENCY (q.v., sense 2): = CONGREGATIONAL 3.

Also applied to that political party in the 17th century of which the Independent churches formed the chief element.

[**1611**: see 1.] **1642** T. LECHFORD *Pl. Dealing or News fr. New Eng.* 79 The Congregationall independent government, whereof I have had some experience. **1653** W. DELL *Tryal Spir.* 82 Sydrach Simpson, one of the first Pastors of an Independant Congregation in England. *a* **1654** SELDEN *Table-t.* (Arb.) 57 Both the Independant man, and the Presbyterian man do equally exclude the Civil Power, though after a different manner. **1660** R. COKE *Power & Subj.* 262 The Army, commanded by Oliver Cromwell, turned out the Rump of the Long Parliament which headed the Independent party. *a* **1674** CLARENDON *Hist. Rebell.* VIII. §259 The Independent party (for so they were now [1645] contented to be call'd, in opposition to the other which was styled Presbyterian). **1676** W. HUBBARD *Happiness of People* 35 Why else doe wee in New England..practise the discipline of them called Independant, or Congregational Churches? **1712** ADDISON *Spect.* No. 494 ¶1 A very famous independent minister. **1766** ENTICK *London* IV. 8 There is an Independent meeting-house. **1831** *(title)* Declaration of the Faith, Order and Discipline of the Congregational or Independent Dissenters. **1872** G. H. CURTEIS *Bampton Lect.* ii. 40 The Independent system does not concern itself with either Ritual or Doctrine.

**3.** Not depending on something else for its existence, validity, efficiency, operation, or some other attribute; not contingent on or conditioned by anything else. **a.** Const. as in sense 1.

**1614** JACKSON *Creed* III. xxix. §6 His faith [is] no otherwise independent of any externall proposall then ours is. **1646** H. LAWRENCE *Comm. Angells* 73 The will is independent upon all created power, both in its operation and in its being. **1659** PEARSON *Creed* (1682) I. 31 A Being of itself and independent from any other. **1692** BENTLEY *Boyle Lect.* 69 An incorporeal substance independent from matter. **1709** STEELE *Tatler* No. 54 ¶1 Beauty and Merit are Things real, and independent on Taste and Opinion. **1772** PRIESTLEY *Inst. Relig.* (1782) I. 276 They cannot be considered as independent of one another. **1790** PALEY *Horæ Paul.* I. ¶13 The instances are independent of one another. **1816** PLAYFAIR *Nat. Phil.* II. 323 This is quite independent of the figure of the Earth, and would be the same though the Earth were truly spherical. **1885** S. COX *Exposit.* Ser. I. ix. 107 An argument..wholly independent of the teaching of the Scripture.

**b.** *simply.* Not depending upon the existence or action of others, or of each other; existing, acting, conducted, or obtained in a way apart from and unaffected by others, as *independent action, inquiry, investigation, conclusion, results, account, record, information, evidence; independent suspension;* also of the agent, as *independent investigator, observer, witness,* etc.

**1790** PALEY *Horæ Paul.* I. ¶6 No danger of confounding the production with original history, or of mistaking it for an independent authority. *Ibid.* IV. No. iv, It is the junction of two conclusions, deduced from independent sources. *Ibid.* v. No. ii, Two records..manifestly independent, that is manifestly written without any participation of intelligence. **1865** EARLE *Two Saxon Chron.* Introd. 37 Some of the independent entries of C countenance its Abingdon origin. *Ibid.* 45 Other independent annals about the same date, e.g. 1031, 1032, 1043, argue the presence of such a source. **1867** FREEMAN *Norm. Conq.* I. vi. 510 Something is proved when two independent narratives agree. **1872** WATTS *Dict. Chem.* II. 779 Scheeler's investigation..comprised another independent discovery of oxygen gas. **1879** J. A. H. MURRAY *Synopsis Horæ Paul.* 10 Here four independent witnesses, none of which give all the facts, confirm and supplement each other. *Ibid.* 14 Have we any independent information connecting Erastus with Corinth? **1885** TAIT *Prop. Matter* iii. §33 Air is made up of separate and independent particles. *a* **1900** *Mod.* An independent inquiry has been instituted by the Local Board of Health. The work is the result of independent research. **1930** *Engineering* 7 Feb. 162/3 A special chapter on independent suspension systems. **1963** R. F. WEBB *Motorist's Dict.* 135 *Independent suspension,* a form of suspension where each wheel is completely independent of the others and no connecting axle beams are used. **1973** *Country Life* 15 Dec. 1581/2 For absolute comfort and stability at very high speeds there is all round independent suspension.

**c.** Often used adverbially in phr. *independent of* († *on,* † *from*) = Independently of, apart from, without regard to, irrespective of.

**1690** LOCKE *Hum. Und.* III. v. §5 Put together in the Mind, independent from any original Patterns in Nature. **1748** *Anson's Voy.* III. ii. 311 Independent of that attachment which all mankind have ever shown to the places of their birth..there were few countries more worthy to be regretted. *a* **1871** GROTE *Eth. Fragm.* i. (1876) 20 We pursue the one and avoid the other quite independent of regard to the feelings of others.

**d.** Of one of a set of equations, axioms, or quantities in respect of the others: incapable of being expressed in terms of, or of being derived or deduced from, the others; hence applied to a set of axioms, etc., all of which have this property; *linearly independent,* (of each of a set of equations or quantities) incapable of being expressed as a linear combination of the others, i.e. satisfying no relation of the form $a_1 x_1 + a_2 x_2 + \ldots + a_n x_n = 0$ (where $x_i$ are the quantities and $a_i$ arbitrary constants) unless $a_1 = a_2 = \ldots = a_n = 0$.

**1740** N. SANDERSON *Elem. Algebra* I. II. 105 If a problem be justly proposed, it ought to have as many independent conditions..as there are unknown quantities to be discovered by them. **1798** J. WOOD *Elem. Algebra* (ed. 2) 73 These equations must also be independent, that is, not deducible one from another. **1875** *Encycl. Brit.* I. 541/1 A problem is limited when the conditions furnish just as many independent equations as there are unknown quantities to be determined: if there be fewer, the problem is indeterminate; but if there be more, the problem in general admits of no solution. **1885** [see LEGENDRE]. **1902** *Trans. Amer. Math. Soc.* III. 142 Hilbert states..that his body of axioms consists of independent axioms, that is, that no one of the axioms is logically deducible from the remaining axioms. **1931** L. J. ROUSE *College Algebra* v. 69 The equations $2x + y = 5$ and $x - y = 4$ cannot be reduced to the same form and are therefore independent. **1941** O. HELMER tr. *Tarski's Introd. Logic* §39. 131 We strive to arrive at an axiom system which does not contain a single superfluous statement..which can be derived from the remaining axioms... An axiom system of this kind is called independent (or a system of mutually independent axioms). **1944** A. CHURCH *Introd. Math. Logic* I. i. 25 An axiom of a logistic system is said to be independent if, in the system whose axioms and rules consist of all axioms and rules of the original system except that one, the suppressed axiom is not a theorem. **1959** G. & R. C. JAMES *Math. Dict.* 107/1 The numbers 3 and $\pi$ are linearly independent with respect to rational numbers, since $a_1 \cdot 3 + a_2 \pi$ can not be zero if $a_1$ and $a_2$ are rational numbers, not both zero. Since $-1 \cdot 3 + (3/\pi)\pi = 0$, 3 and $\pi$ are linearly dependent with respect to real numbers. **1961** POWELL & CRASEMANN *Quantum Mech.* v. 117 Two solutions of Eq. (5-47) (or, more generally, any two functions of $x$) are linearly independent if the equation $C_1 \psi_1 + C_2 \psi_2 = 0$ cannot be satisfied identically in $x$ for any choice of the constants $C_1$ and $C_2$ except $C_1 = C_2 = 0$. *Ibid.* 118 To linearly independent solutions, $\psi_1$ and $\psi_2$, are a complete set in the sense that every solution of Eq. (5-47) can be expressed as a linear combination of $\psi_1$ and $\psi_2$. **1965** HUGHES AND LONDEY *Elem. Formal Logic* xviii. 132 Since $A_4$ is non-independent, the axiom set for PM could be reduced by one. But no further reduction of this sort is possible; neither A1 nor A2 nor A3 nor A5 is a consequence of the other three under Substitution and Detachment, and these four are therefore said to be independent axioms.

**4.** Not dependent or having to rely on another for support or supplies. **a.** Const. as in sense 1.

**1670** R. COKE *Disc. Trade* Pref., While other Creatures live free and Independent from one another, only Man stands in need and help of another. *a* **1788** N. COTTON *Fables, Bee, Ant & Spar.,* Who..Are independent of the great, Nor know the wants of pride and state. **1837** LYTTON *E. Maltrav.* I. xii, He was thus made independent of his father. **1880** SHORTHOUSE *J. Inglesant* ii. (1883) 18 His father had left him so considerable a fortune that he was independent of any profession.

**b.** *simply.* *(a)* Not dependent on any one else for one's living; *(b)* not needing to earn one's livelihood; possessing a competency.

**1732** LAW *Serious C.* x. (ed. 2) 142 He hath chosen to be idle and independant in the world. **1786** BURNS *Ep. Yng. Friend* vii, Gather gear by ev'ry wile That's justify'd by Honor..for the glorious privilege Of being independent. **1802** MAR. EDGEWORTH *Moral T.* (1816) I. i. 7 He was really independent, because he had learnt how to support himself either by the labours of his head or of his hands. **1847** C. BRONTË *J. Eyre* xvii, She [a servant] has saved enough to keep her independent if she liked to leave. **1893** *Westm. Gaz.* 10 Apr. 5/2 A room occupied by an independent elderly gentleman.

*transf.* **1784** COWPER *Task* IV. 409 A dry but independent crust, hard earned And eaten with a sigh.

**c.** *transf.* Sufficient to make one independent; constituting a competency.

*c* **1790** IMISON *Sch. Art* I. 215 The prices..being..out of the reach of any, but such as are possessed of independent fortunes. **1837** DICKENS *Pickw.* xxxiv, A gentleman of considerable independent property. **1885** *Daily News* 3 Oct. 4/6 A person of independent means.

**5. a.** Not depending on others for the formation of opinions or guidance of conduct; not influenced or biased by the opinions of others; thinking or acting, or disposed to think or act, for oneself. (Of persons, their dispositions, etc.)

**1735-8** BOLINGBROKE *On Parties* 9 On this Foundation all the reasonable, independent Whigs and Tories unite. **1771** SMOLLETT *Humph. Cl.* 26 June, I believed there was not a more independent and incorruptible member in the house. **1795** BURNS *For a' that* iii, The man of independent mind, He looks and laughs at a' that. **1849** COBDEN *Speeches* 52 An independent and energetic man who will vote as he pleases. **1852** HAWTHORNE *Blithedale Rom.* xix, A person capable of taking an independent stand. **1861** GEO. ELIOT *Silas M.* I. 10 This would have been an effort of independent thought such as he had never known. **1889** *Daily News* 28 June 5/2 Perhaps the best *bon-mot* attributed to the late Lord Derby is his definition of an independent politician as 'a politician who cannot be depended on'.

**b.** Used in the names of various political or other parties, as *Independent Republicans* (U.S.: see B. 2 b); *Independent Labour Party* (abbrev. I.L.P.: see I. III): the title of the political organization founded at Bradford in January 1893 by James Keir Hardie as an offshoot of the Social Democratic Federation, for the support of parliamentary candidates of approved socialistic views; orig. as opp. the Conservative and Liberal parties, later distinct from the Labour Party; also in the names of newspapers, as the *Cambridge Independent Press.*

*c* **1888** *Scottish Labour Party Manifesto* in M. Beer *Hist. Brit. Socialism* (1920) II. xv. 300 The formation of a distinct, separate, and *Independent Labour Party.* **1902**

Encycl. Brit. XXXII. 668/2 Attempts had been made to influence politics directly by means of an Independent Labour Party..which bound itself to support only candidates of sound socialist views. **1922** Ibid. XXXII. 507/1 The Labour party..included the Independent Labour party and the Fabian Society and one or two smaller Socialist bodies. **1953** D. E. BUTLER Electoral Syst. in Brit. II. v. 154 The total of 5 [members of parliament from outside the three major parties] for 1935 is made up of 4 Independent Labour Party members from Glasgow—where a substantial part of the Labour party had split away—and 1 Communist. **1955** Times 24 May 14/3 An election manifesto issued last night by the Independent Labour Party reaffirms the party's belief that workers' control 'is an essential part of Socialism'. **1971** BUTLER & PINTO-DUSCHINSKY Brit. Gen. Election 1970 v. 112 The failure of those other traditional spokesmen of the left, the Independent Labour Party and the Socialist Party of Great Britain, was still more complete.

**c.** Also (with some colouring of 4), Refusing to be under obligation to others; having a self-respect which declines unearned assistance.

*Mod.* The widow has a hard struggle, but is very independent, and refuses all pecuniary aid. He is too independent to accept as a favour what he cannot earn by his own exertions.

**d.** Of schools: receiving no grant from the government and not subject to the control of a local authority.

**1944** Act 7 & 8 Geo. VI c. 31 §70 The Minister shall appoint one of his officers to be Registrar of Independent (i.e. private) Schools. **1957** Encycl. Brit. VII. 989/1 The Independent Schools association..; its official publication is the *Independent School*. **1966** Rep. Comm. Inquiry Univ. Oxf. II. 45 Independent schools are subdivided into independent boarding and independent day schools according to whether the majority of pupils were boarders or day pupils.

**e.** *Independent Television (Authority)* (abbrev. I.T.A., I.T.V.: see I. III): a corporation, independent of direct government control, engaged in commercial television broadcasting in Great Britain; also, the channel carrying their programmes; renamed in 1972 the *Independent Broadcasting Authority* (abbrev. I.B.A.: see I. III), and widened to include commercial radio broadcasting.

**1954** Act 2 & 3 Eliz. II c. 55 §1 There shall be an authority, to be called the Independent Television Authority..whose function shall be to provide, in accordance with the provisions of this Act, and for the period of ten years from the passing of this Act, television broadcasting services, additional to those of the British Broadcasting Corporation. **1958** Times Lit. Suppl. 15 Aug. p. xl/1, This brings sharply into the picture the B.B.C.'s rival, Independent Television. **1959** Chambers's Encycl. XI. 349/2 (heading) Independent Television Authority. Ibid., This corporation is controlled by directors appointed by the government and leases facilities to privately financed companies, which draw their revenues from advertisements. **1960** B.B.C. Handbk. 165 The Postmaster General issued a broadcasting licence, for television only, at a later stage to the Independent Television Authority, which was set up under the Television Act of 1954. **1971** [see I.B.A. s.v. I. III]. **1973** Times 13 Dec. 4/5 The Independent Broadcasting Authority will hold meetings today..about advertising which will be lost as a result of the shorter hours of transmission announced yesterday. Ibid. 15 Dec. 2 BBC and independent television agreed last night to spread their closing hours.

**6. a.** *Math.* Not depending upon another for its value. *independent variable*: a quantity whose variation does not depend on that of another.

**1852** TODHUNTER *Diff. Calc.* i. §1 Frequently when we are considering two or more variables it is in our power to fix upon whichever we please as the independent variable. **1873** B. WILLIAMSON *Diff. Calc.* (ed. 2) i. §2 [If u, v, w, be functions of x], x is said to be the *independent* variable, to which any value may be assigned at pleasure; and u, v, w, are called *dependent* variables, as their values depend on that of x. **1892** J. EDWARDS *Diff. Calc.* i. §5 An Independent variable is one which may take up any arbitrary value that may be assigned to it.

**b.** *independent float*: in Critical Path Analysis, the amount of 'float' or leeway in any one activity which can occur without affecting the timing of the whole operation.

**1963** R. E. MCGARRAH *Production & Logistics Managem.* viii. 211 'Independent float' pertains to those non-critical activities whose leeway is not affected by the starting or completion time of its preceding or succeeding activities. **1964** K. G. LOCKYER *Introd. Critical Path Analysis* v. 48 *Independent float*, the time by which an activity can expand without affecting any other activity either previous or subsequent. **1967** A. BATTERSBY *Network Analysis* (ed. 2) App. 4. 335 *Independent float* is so called because it is what remains if all proceeding jobs finish as late as possible and all succeeding jobs begin as early as possible. **1967** S. WOODGATE in Wills & Yearsley *Handbk. Managem. Technol.* 80 Independent float is the minimum spare time available under any condition, i.e. either early or late. **1968** *Gloss. Terms Project Network Analysis (B.S.I.)* 8 *Independent float*, earliest date of succeeding event minus latest date of preceding event minus activity duration. (If negative, the independent float is taken as zero.)

**7.** *Comb.* **independent seconds** (*watch*): see quots.

**1837** DICKENS *Pickw.* xxviii, A kind, excellent, independent-spirited..man. *a* **1877** KNIGHT *Dict. Mech.* II. 1179/1 *Independent seconds-watch*, a watch in which the action of the centre seconds-hand is independent of the regular going works of the watch... For great nicety in timing, quarter and fifth second watches are now made. **1890** BOLDREWOOD *Col. Reformer* (1891) 143 A certain independent-minded young lady friend. **1962** E. BRUTON *Dict. Clocks & Watches* 93 *Independent seconds*, clock or watch with seconds hand..which jumps from one second to the next, i.e. it is dead beat.

**B.** *sb.*

**1.** An adherent of Independency; a member or adherent of an Independent church; a Congregationalist.

Also *Hist.* a member of the Independent party in the 17th century: see A. 2.

**1644** (*title*) Apologetical Narration of the Independents. **1646** (29 Aug.) in *Hamilton Pap.* (Camden) 113 Cheesely says the Independents intend not to demaund the King. **1692** WASHINGTON tr. *Milton's Def. Pop.* Pref., They that we call independents..hold, that no classes or synods have a superiority over any particular church. **1710** STEELE & ADDISON *Tatler* No. 257 ⁋12 Camaronians, Muggletonians, Brownists, Independents, Masonites, Camisars, and the like. **1870** ROGERS *Hist. Gleanings* II. 74 In modern times the credit of being the first to advocate the doctrine of toleration must be shared between the Independents and Quakers. **1884** STOUGHTON *Relig. Eng.* I. 236 The old historic name of Independent began [at the beginning of the 19th century] to be merged in that of Congregationalist.

**2. a.** A person or thing that is independent (in various senses). *nonce-uses*.

**1675** OGILBY *Brit.* Pref. 2 Roads we have divided into Independants, such as commence actually at London [etc.]. **1742** YOUNG *Nt. Th.* II. 332 That awful Independent on Tomorrow!.. Whose Yesterdays look backward with a Smile. **1886** *Daily News* 4 June 5/2 There is a school of independents in domestic service, as there is in literature.

**b.** A person who acts (in politics, art, etc.) independently of any organized party; also, a member of any organized party called *Independent* (see A. 5 b).

**1808** PIKE *Sources Mississ.* III. App. (1810) 50 Twenty thousand auxiliaries from the United States..joined to the independents of the country [Texas]. **1888** BRYCE *Amer. Commw.* II. III. lvi. 379 The Independent Republicans.. Independents, or Mugwumps. **1896** A. HILLIER in *Daily News* 16 Jan. 6/3 If later painters arrived at more harmonious results..the Independents have still the glory of being the bold hussars of the vanguard, the Jacobins of the revolution in art which has since been accomplished throughout all Europe.

**c.** A frequent name of a newspaper, as the *New York Independent* (cf. A. 5 b).

**1837** DICKENS *Pickw.* xiii, That disgraceful and dastardly journal, the [Eatanswill] Independent. **1855** THACKERAY *Newcomes* liv, He endeavoured to be civil to the 'Newcome Independent'..as well as to the 'Newcome Sentinel'.

Hence † **inde'pendented** *ppl. a. Obs.* (*nonce-wd.*), made independent, formed according to Independency. † **inde'pendentish** *a.*, having a flavour of Independency.

**1653** R. BAILLIE *Disswas. Vind.* (1655) 44 Presbyterian water, exceedingly weakened with Independentish ingredients. **1659** GAUDEN *Tears Ch.* 43 The new titles..of bodyed and congregated, associated or independented and new-fangled Churches.

**inde'pendentism.** [f. INDEPENDENT + -ISM.]

† **1.** = INDEPENDENCY 2. *Obs.*

**1653** R. BAILLIE *Disswas. Vind.* (1655) 44, I love not Episcopal principles, neither Independentisme. **1659** GAUDEN *Tears Ch.* 564 Anabaptisme, or Presbyterisme, or Independentisme..rudely justled Episcopacy out of the Church of England. **1665** J. LIVINGSTONE *Mem. Charact.* in *Sel. Biog.* (1845) I. 335 He marvellously refuted Independentisme. **1827** AIKMAN *Hist. Scot.* IV. VII. 82 They opposed every approach to independentism.

**2.** The principles of any party called *Independent*.

**independently** (ɪndɪˈpɛndəntlɪ), *adv.* [f. INDEPENDENT *a.* + -LY².] In an independent manner; without dependence on another person or thing, or on each other; apart from or without regard to the action of others.

**1651** J. GOODWIN *Redemption Red.* i. §10 Second causes.. do not perform, what..they do perform, independently, and of themselves. **1849** T. P. BIRKS *Horæ Apostol.* Pref., My own conclusions were formed independently. Ibid., The dates to which I have been independently led agree very nearly with those adopted in the Literary History. **1860** TYNDALL *Glac.* I. xxv. 186 Mr. Wills..made the same observation independently. **1876** GEO. ELIOT *Dan. Der.* xxiii, She can hardly earn her own poor bread independently. **1886** FARRAR *Hist. Interpret.* 403 He examined the Canon as independently as Luther had done. *Mod.* The two parts of the mechanism work independently.

**b.** With *of* (formerly *on, upon, from*): In a way independent of; without regard to; apart from.

**1659** PEARSON *Creed* (1845) 485 *note,* Independently from this place, we have proved, that the Holy Spirit is a person. **1678** CUDWORTH *Intell. Syst.* I. iv. §7. 199 They Maintained Matter to exist Independently upon God. *a* **1700** DRYDEN (J.), Dispose lights and shadows, without finishing every thing independently the one of the other. **1707** S. CLARKE *3rd & 4th Def.* (1712) 7, Parts, existing distinctly and independently from each other. **1824** L. MURRAY *Eng. Gram.* (ed. 4) I. 274 The infinitive mood is often made absolute, or used independently on the rest of the sentence. **1867** TROLLOPE *Chron. Barset* II. li. 76 So that he might work at his canvas independently of his model. **1884** J. RAE *Contemp. Socialism* 165 Utility can confer value independently of labour.

† **inde'pending,** *a. Obs.* [f. IN-³ + DEPENDING *ppl. a.*: cf. INDEPEND *v.*] = INDEPENDENT *a.*

**1604** T. WRIGHT *Passions* VI. 301 The soule..being immortall, and independing of the body. **1627** HAKEWILL *Apol.* II. v. (1630) 82 A Soveraigne and independing power. **1650** B. SPENCER (*title*) Chrysemon, a Golden Mean.. wherein all Seekers..may find the True Religion, independing on Man's Invention. **1652** BP. HALL *Invis. World* II. §1 An independing and selfsubsisting agent. **1675** OGILBY *Brit., Post-Roads Eng.,* The..Roads..are Reduc'd to these 6 Independing Itineraries.

† **inde'plorable,** *a. Obs. rare⁻⁰.* [IN-³.]

**1623** COCKERAM II, Not to be Lamented, *Indeplorable*.

**inde'posable,** *a. rare.* [IN-³.] That cannot be deposed.

**1673** STILLINGFL. *Serm.* 5 *Nov.* (L.), That doctrine which makes princes indeposable by the pope.

† **in'depravate,** *a. Obs.* [ad. L. *indēprāvātus*, f. *in-* (IN-³) + *dēprāvātus* depraved, corrupted, DEPRAVATE.] Not depraved; uncorrupted, pure.

**1609** J. DAVIES *Holy Roode* (1876) 28 (D.) O let these Wounds, these Woundes indeprauate, Be holy Sanctuaries for my whole Man.

† **in'deprecable,** *a. Obs. rare⁻⁰.* [ad. L. *indēprecābil-is* that cannot be averted by prayer, f. *in-* (IN-³) + *dēprecābilis* DEPRECABLE.]

**1623** COCKERAM, *Indeprecable,* that will not be entreated. **1656** in BLOUNT *Glossogr.* **1658** in PHILLIPS, etc.

† **indepre'hensible,** *a. Obs.* [ad. L. *indēprehensibilis* not to be seized or caught (Quintil.), f. *in-* (IN-³) + *dēprehendēre* to seize, catch, DEPREHEND: see -IBLE.] Incapable of being mentally apprehended or detected; undiscoverable.

**1633** T. MORTON *Discharge* 174 (T.) A case perplexed and indeprehensible. **1652** GAULE *Magastrom.* 142 To presume his errour indeprehensible.

**indeprivable** (ɪndɪˈpraɪvəb(ə)l), *a.* Now *rare.* [f. IN-³ + DEPRIVABLE.]

**1.** Of which one cannot be deprived; incapable of being taken away; inalienable.

**1744** HARRIS *Three Treat.* III. I. (1765) 121 The Sovereign Good..should..be durable, self-derived, and (if I may use the Expression) indeprivable. Ibid. II. 192 Rectitude of Conduct is a Good Indeprivable. **1789** MRS. PIOZZI *Journ. France* I. 126 The advantages of blood..may surely be deemed indeprivable. **1835** GRESWELL *Parables* II. 59 So pure, so valuable, and so indeprivable.

**2.** That cannot be deprived of something. *rare⁻⁰.*

**1828** WEBSTER, *Indeprivable,* that cannot be deprived [Hence in later Dicts.]

Hence **indepriva'bility,** the quality of being indeprivable or inalienable.

**1789** MRS. PIOZZI *Journ. France* I. 125 James Harris tells us, that virtue answers to the character of indeprivability.

**in-depth** *attrib.*: see DEPTH I. 3 c.

**inder, -ly, -more, -ward:** see INNER, -LY, etc.

**inderborite** (ɪndəˈbɔərəɪt). *Min.* [f. *Inder,* the name of a lake in Kazakhstan + BOR(ON + -ITE¹.] A colourless to white hydrated borate of calcium and magnesium, $CaMgB_6O_{11}.11H_2O$.

**1941** G. S. GORSHKOV in *Compt. Rend. (Doklady) de l'Acad. des Sci. de l'URSS* XXXIII. 255 The new mineral is an analogon of hydroboracite and has been named inderborite after the place of finding. **1967** E. L. MUETTERTIES *Chem. Boron & its Compounds* iii. 188 The binary salt minerals, in the system $CaO.MgO.B_2O_3.H_2O$ (hydroboracite and inderborite) are probable derivatives of the colemanite-meyerhofferite trimer.

**inderite** (ˈɪndərəɪt). *Min.* [f. as prec. + -ITE¹.] A colourless hydrated magnesium borate, $Mg_2B_6O_{11}.15H_2O$.

**1937** BOLDYREVA & YEGOROVA in *Mat. Central Sci. Investig. Geol. Prospecting Inst.* (U.S.S.R.) Gen. Ser. No. 2 52 Inderite, a new hydrated magnesium borate $Mg_2B_6O_{11}.15H_2O$ has been found in the Kzyl-Tau deposit (Western Kasakhstan, Inder Mountains) in the form of fine white, sometimes slightly pinkish kidney-shaped nodules. **1946** *Amer. Mineralogist* XXXI. 71 A second occurrence of inderite ($Mg_2B_6O_{11}.15H_2O$)..has been discovered. **1967** E. L. MUETTERTIES *Chem. Boron & its Compounds* iii. 161 NMR analyses have been performed on the minerals inderite, $Mg_2B_6O_{11}.15H_2O$..borax..and tincalconite.

† **inderkins.** *Obs. rare⁻¹.* Some kind of fabric: see quot.

**1696** J. F. *Merchant's Ware-ho.* 25 Inderkins, which is a sort of Cloth of no great use in this Town, only proper for Towels, it is a coarse narrow Cloth which comes from Hamborough..it is made of the worst of Hemp.

**indescriba'bility.** [f. next: see -ITY.] Incapacity of being described; also (with *an* and *pl.*) something that cannot be described.

**1824** *Examiner* 456/2 In ably conveying the assumed hoyden, and falling somewhat short of critical conception in the indescribabilities. **1843** CARLYLE *Past & Pr.* I. ii, A fearful indescribability. **1864** SALA in *Daily Tel.* 21 Sept., I have now done my best to describe what..I may term the indescribability of Transatlantic warfare.

**indescribable** (ɪndɪˈskraɪbəb(ə)l), *a.* (*sb.*) [IN-³.]

**1.** That cannot be described; that does not admit of exact description; indefinite, vague.

**1794** W. CURTIS *Bot. Mag.* No. 254 That indescribable something, called by Linnæus the Nectary. **1833** HT. MARTINEAU *Cinnamon & Pearls* i 16 Various sacred indescribable articles were scattered around. **1862** MRS. OLIPHANT *Last Mortimers* I. xii, His voice..had..an