# EXHIBIT 6

# New Oxford American Dictionary

**THIRD EDITION**

*Edited by*
Angus Stevenson
Christine A. Lindberg

**FIRST EDITION**
Elizabeth J. Jewell
Frank Abate


OXFORD
UNIVERSITY PRESS

# OXFORD
UNIVERSITY PRESS

Oxford University Press, Inc., publishes works that further
Oxford University's objective of excellence
in research, scholarship, and education.

Oxford New York

Auckland Cape Town Dar es Salaam Hong Kong Karachi
Kuala Lumpur Madrid Melbourne Mexico City Nairobi
New Delhi Shanghai Taipei Toronto

With offices in

Argentina Austria Brazil Chile Czech Republic France Greece
Guatemala Hungary Italy Japan Poland Portugal Singapore
South Korea Switzerland Thailand Turkey Ukraine Vietnam

Copyright © 2010 by Oxford University Press

First edition 2001
Second edition 2005
Third edition 2010

Published by Oxford University Press, Inc.
198 Madison Avenue, New York, NY 10016
www.oup.com

Oxford is a registered trademark of Oxford University Press

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise,
without the prior permission of Oxford University Press.

The Library of Congress Cataloging-in-Publication Data
Data available
ISBN 978-0-19-539288-3

1 3 5 7 9 8 6 4 2

Printed in the United States of America
on acid-free paper

1536233313150735

**2** a deep recess or notch on the edge or surface of something: *the indentation between the upper lip and the nose.*

**in·den·ta·tion test** ▶ n. a test for determining the hardness of a solid by making an indentation in a sample under standard conditions and measuring the size of the indentation or the distance moved by the indenter.

**in·dent·ed** /inˈdentid/ ▶ adj. Heraldry divided or edged with a zigzag line.

**in·dent·er** /inˈdentər/ ▶ n. a small hard object used for producing an indentation in a solid in an indentation test.

**in·den·tion** /inˈden(t)SHən/ ▶ n. archaic term for INDENTATION.

**in·den·ture** /inˈden(t)SHər/ ▶ n. a formal legal agreement, contract, or document, in particular: ■ historical a deed of contract of which copies were made for the contracting parties with the edges indented for identification. ■ a formal list, certificate, or inventory. ■ an agreement binding an apprentice to a master: *the 30 apprentices have received their indentures on completion of their training.* ■ historical a contract by which a person agreed to work for a set period for a landowner in a British colony in exchange for passage to the colony. ■ the fact of being bound to service by such an agreement: *men in their first year after indenture to the Company of Watermen and Lightermen.* ▶ v. [with obj.] (usu. **be indentured to**) chiefly historical bind (someone) by an indenture as an apprentice or laborer: (as adj. **indentured**) *landowners tried to get their estates cultivated by indentured laborers.*
– DERIVATIVES **in·den·ture·ship** /-ˌSHip/ n.
– ORIGIN late Middle English *endenture*, via Anglo-Norman French from medieval Latin *indentura*, from *indentatus*, past participle of *indentare* (see INDENT¹).

**In·de·pend·ence** /ˌindəˈpendəns/ a historic city in northwestern Missouri, east of Kansas City; pop. 110,440 (est. 2008).

**in·de·pend·ence** /ˌindəˈpendəns/ ▶ n. the fact or state of being independent: *Argentina gained independence from Spain in 1816* | *I've always valued my independence.*
– ORIGIN mid 17th cent.: from INDEPENDENT, partly on the pattern of French *indépendance*.

**In·de·pend·ence Day** ▶ n. another term for FOURTH OF JULY. ■ a day celebrating the anniversary of national independence.

**In·de·pend·ence Hall** a building in Philadelphia where the US Declaration of Independence was proclaimed and outside which the Liberty Bell is kept.

**in·de·pend·en·cy** /ˌindəˈpendənsē/ ▶ n. (pl. **independencies**) **1** rare an independent or self-governing state.
**2** archaic term for INDEPENDENCE.

**in·de·pend·ent** /ˌindəˈpendənt/ ▶ adj. **1** free from outside control; not depending on another's authority: *the study is totally independent of central government* | *Canada's largest independent investment firm.* ■ (of a country) self-governing: *India became independent in 1947.* ■ not belonging to or supported by a political party: *the independent candidate.* ■ (of broadcasting, a school, etc.) not supported by public funds. ■ not influenced or affected by others; impartial: *a thorough and independent investigation of the case.* ■ (**Independent**) historical Congregational.
**2** not depending on another for livelihood or subsistence: *I wanted to remain independent in old age.* ■ capable of thinking or acting for oneself: *advice for independent travelers.* ■ (of income or resources) making it unnecessary to earn one's living: *a woman of independent means.*
**3** not connected with another or with each other; separate: *we need two independent witnesses to testify* | *the legislature and the judicature are independent of each other.* ■ not depending on something else for strength or effectiveness; freestanding: *an independent electric shower.* ■ Mathematics (of one of a set of axioms, equations, or quantities) incapable of being expressed in terms of, or derived or deduced from, the others.
▶ n. an independent person or body. ■ an independent political candidate, voter, etc.
■ (**Independent**) historical a Congregationalist.
– ORIGIN early 17th cent. (as an adjective): partly on the pattern of French *indépendant*.

**in·de·pend·ent·ly** /ˌindəˈpendəntlē/ ▶ adv. **1** in a way that is free from outside control or influence: *the government must prove its ability to govern independently.*
**2** without outside help; unaided: *disabled people living independently in their own homes.*
**3** in a way that is not connected to another; individually: *decisions are made independently of consumers.*

**in·de·pend·ent sus·pen·sion** ▶ n. a form of vehicle suspension in which each wheel is supported independently of the others.

**in·de·pend·ent var·i·a·ble** ▶ n. Mathematics a variable (often denoted by *x*) whose variation does not depend on that of another.

**in-depth** ▶ adj. comprehensive and thorough: *in-depth interviews.*

**in·de·scrib·a·ble** /ˌindiˈskrībəbəl/ ▶ adj. too unusual, extreme, or indefinite to be adequately described: *most prisoners suffered indescribable hardship.*
– DERIVATIVES **in·de·scrib·a·bil·i·ty** /-ˌskrībəˈbilitē/ n., **in·de·scrib·a·bly** /-blē/ adv.

**in·de·struct·i·ble** /ˌindiˈstrəktəbəl/ ▶ adj. not able to be destroyed: *indestructible plastic containers.*
– DERIVATIVES **in·de·struct·i·bil·i·ty** /-ˌstrəktəˈbilitē/ n., **in·de·struct·i·bly** /-blē/ adv.

**in·de·ter·mi·na·ble** /ˌindiˈtərmənəbəl/ ▶ adj. not able to be definitely ascertained, calculated, or identified: *a woman of indeterminable age.* ■ (of a dispute or difficulty) not able to be resolved.
– DERIVATIVES **in·de·ter·mi·na·bly** /-blē/ adv.
– ORIGIN late 15th cent. (in the sense 'unable to be limited'): from late Latin *indeterminabilis*, from *in-* 'not' + *determinabilis* (see DETERMINABLE).

**in·de·ter·mi·na·cy prin·ci·ple** /ˌindiˈtərmənəsē/ ▶ n. another term for UNCERTAINTY PRINCIPLE.

**in·de·ter·mi·nate** /ˌindiˈtərmənit/ ▶ adj. not exactly known, established, or defined: *the date of manufacture is indeterminate.* ■ (of a judicial sentence) such that the convicted person's conduct determines the date of release. ■ Mathematics (of a quantity) having no definite or definable value.
■ Medicine (of a condition) from which a diagnosis of the underlying cause cannot be made: *indeterminate colitis.* ■ Botany (of a plant shoot) not having all the axes terminating in a flower bud and so producing a shoot of indefinite length.
– DERIVATIVES **in·de·ter·mi·na·cy** /-nəsē/ n., **in·de·ter·mi·nate·ly** adv., **in·de·ter·mi·nate·ness** n.
– ORIGIN early 17th cent.: from late Latin *indeterminatus*, from *in-* 'not' + Latin *determinatus* 'limited, determined' (see DETERMINATE).

**in·de·ter·mi·nate vow·el** ▶ n. Phonetics the vowel heard in "*a moment ago*"; a schwa.

**in·de·ter·mi·na·tion** /ˌindiˌtərməˈnāSHən/ ▶ n. the state of being uncertain or undecided.

**in·de·ter·min·ism** /ˌindiˈtərməˌnizəm/ ▶ n.
**1** Philosophy the doctrine that not all events are wholly determined by antecedent causes.
**2** the state of being uncertain or undecided.
– DERIVATIVES **in·de·ter·min·ist** n., **in·de·ter·min·is·tic** /-ˌtərməˈnistik/ adj.

**in·dex** /ˈindeks/ ▶ n. (pl. **indexes** or esp. in technical use **indices** /-dəˌsēz/) **1** an alphabetical list of names, subjects, etc., with references to the places where they occur, typically found at the end of a book. ■ an alphabetical list by title, subject, author, or other category of a collection of books or documents, e.g., in a library. ■ Computing a set of items each of which specifies one of the records of a file and contains information about its address.
**2** an indicator, sign, or measure of something: *exam results may serve as an index of the teacher's effectiveness.* ■ a figure in a system or scale representing the average value of specified prices, shares, or other items as compared with some reference figure: *the hundred-shares index closed down 9.3.* ■ a pointer on an instrument, showing a quantity, a position on a scale, etc. ■ [with modifier] a number giving the magnitude of a physical property or another measured phenomenon in terms of a standard: *the oral hygiene index was calculated as the sum of the debris and calculus indices.*
**3** Mathematics an exponent or other superscript or subscript number appended to a quantity.
**4** Printing a symbol shaped like a pointing hand, typically used to draw attention to a note.
**5** (**the Index**) short for INDEX LIBRORUM PROHIBITORUM.
▶ v. [with obj.] **1** record (names, subjects, etc.) in an index: *the list indexes theses under regional headings.* ■ provide an index to.
**2** link the value of (prices, wages, or other payments) automatically to the value of a price index: *legislation indexing wages to prices.*
**3** [no obj.] Computing (of a machine or part of one) rotate or otherwise move from one predetermined position to another in order to carry out a sequence of operations.
– DERIVATIVES **in·dex·a·ble** adj., **in·dex·a·tion** /ˌinˌdekˈsāSHən/ n., **in·dex·er** n., **in·dex·i·ble** adj.
– ORIGIN late Middle English: from Latin *index*, *indic-* 'forefinger, informer, sign,' from *in-* 'toward' + a second element related to *dicere* 'say' or *dicare* 'make known'; compare with INDICATE. The original sense 'index finger' (with which one points) came to mean 'pointer' (late 16th cent.), and figuratively something that serves to point to a fact or conclusion; hence a list of topics in a book ("pointing" to their location).

**in·dex card** ▶ n. a small card on which information is recorded, typically stored alphabetically with others in a card index.

**in·dex case** ▶ n. Medicine the first identified case in a group of related cases of a particular communicable or heritable disease.

**in·dex fin·ger** ▶ n. the finger next to the thumb; the forefinger.

**in·dex fos·sil** ▶ n. Geology a fossil that is useful for dating and correlating the strata in which it is found.

**in·dex·i·cal** /inˈdeksikəl/ Linguistics ▶ adj. another term for DEICTIC.
▶ n. an indexical word or expression.
– ORIGIN early 20th cent.: coined in this sense by the American philosopher C. S. Peirce.

**In·dex Li·bro·rum Pro·hib·i·to·rum** /ˈinˌdeks liˈbrôrəm ˌprōhibəˈtôrəm/ an official list of books that Roman Catholics were forbidden to read or that were to be read only in expurgated editions, as contrary to Catholic faith or morals. The first Index was issued in 1557; it was revised at intervals until abolished in 1966.
– ORIGIN Latin, 'index of forbidden books.'

**In·di·a** /ˈindēə/ a country in southern Asia that occupies the greater part of the Indian subcontinent; pop. 1,156,897,800 (est. 2009); capital, New Delhi; official languages, Hindi and English (14 other languages are recognized as official in certain regions; of these, Bengali, Gujarati, Marathi, Tamil, Telugu, and Urdu have the most first-language speakers). Hindi name BHARAT. ■ a code word representing the letter I, used in radio communication.

> Much of India was united under a Muslim sultanate based around Delhi from the 12th century until incorporated in the Mogul empire in the 16th century. Colonial intervention began in the late 17th century, particularly by the British; in 1765, the East India Company acquired the right to administer Bengal. In 1858, after the Indian Mutiny, Britain took over the company's authority, and in 1876 Queen Victoria was proclaimed Empress of India. Independence was won in 1947, at which time India was partitioned, and Pakistan was created from mainly Muslim territories in the northeast (now Bangladesh) and the northwest. A member of the Commonwealth of Nations, India is the second most populous country in the world.

– ORIGIN via Latin from Greek *India*, from *Indos*, the name of the Indus River, from Persian *Hind*, from Sanskrit *sindhu* 'river,' specifically 'the Indus,' also 'the region around the Indus' (compare with SINDHI). Both the Greeks and the Persians extended the name to include all the country east of the Indus. Compare with HINDI and HINDU.

**In·di·a ink** ▶ n. deep black ink containing dispersed carbon particles, used esp. in drawing and technical graphics.
– ORIGIN mid 17th cent.: originally applied to Chinese and Japanese pigments prepared in solid blocks and imported to Europe via India.

**In·di·a·man** /ˈindēəmən/ ▶ n. (pl. **Indiamen**) historical a ship engaged in trade with India or the East or West Indies, esp. an East Indiaman.
– ORIGIN early 18th cent.: from INDIA + *-man* from MAN-OF-WAR.

**In·di·an** /ˈindēən/ ▶ adj. **1** of or relating to the indigenous peoples of America.
**2** of or relating to India or to the subcontinent comprising India, Pakistan, and Bangladesh.
▶ n. **1** an American Indian.
**2** a native or inhabitant of India, or a person of Indian descent.
– DERIVATIVES **In·di·an·i·za·tion** /ˌindēəniˈzāSHən/ n., **In·di·an·ize** /-ˌnīz/ v., **In·di·an·ness** n.

> **USAGE** Indian, meaning 'native of America before the arrival of Europeans,' is objected to by many who now favor **Native American**. There are others (including many members of these ethnic groups), however, who see nothing wrong with **Indian** or **American Indian**, which are long-established terms, although the preference where possible is to refer to specific peoples, as **Apache**, **Delaware**, and so on. The terms **Amerind** and **Amerindian**, once proposed as alternatives to **Indian**, are used in linguistics and anthropology, but have never gained widespread use. Newer