UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | | |
|---|---|---|---|
| **REDSTONE LOGICS LLC** | § § | | |
| vs. | § § | NO: | MO:25-CV-00182-DC-DTG |
| **ADVANCED MICRO DEVICES, INC.**<br>*Defendant* | § § | | |

## ORDER SETTING MARKMAN HEARING HELD IN PERSON

**IT IS HEREBY ORDERED** that the above entitled and numbered case is SET for MARKMAN HEARING HELD IN PERSON, in U.S. District Court, Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco, Texas, on Wednesday, March 25, 2026 at 09:00 AM (2 hour time block).

**IT IS SO ORDERED** this **2nd day of March, 2026**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE