# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| **REDSTONE LOGICS LLC** | § § | |
| vs. | § § | NO:  MO:25-CV-00182-DC-DTG |
| **ADVANCED MICRO DEVICES, INC.**<br>    *Defendant* | § | |

## ORDER RESETTING MARKMAN HEARING HELD IN PERSON

IT IS HEREBY ORDERED that the above entitled and numbered case is RESET for MARKMAN HEARING HELD IN PERSON, in U.S. District Court, Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco, Texas, on Wednesday, April 01, 2026 at 09:00 AM (2 hour time block)

**IT IS SO ORDERED** this **6th day of March, 2026**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE