**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>        Plaintiff,<br>  v.<br><br>ADVANCED MICRO DEVICES, INC.<br><br>        Defendant. | Case No.  7:25-cv-000182-DC-DTG |

**DECLARATION OF REZA MIRZAIE IN SUPPORT OF
PLAINTIFF'S SUR-REPLY CLAIM CONSTRUCTION BRIEF**

I, Reza Mirzaie, declare and state as follows:

1. I am a member of the State Bar of California and am a partner of Russ August & Kabat, counsel of record for Plaintiff Redstone Logics LLC in the above-captioned action. I submit this declaration in support of Plaintiff's Sur-reply Claim Construction Brief. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Petition for Inter Partes Review of U.S. Patent No. 8,549,339, filed in MediaTek, Inc. and MediaTek USA, Inc. IPR2025-00085 on October 23, 2024.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on March 11, 2026 at Los Angeles, California.

*/s/ Reza Mirzaie*
Reza Mirzaie