# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

REDSTONE LOGICS LLC,

      Plaintiff,

v.

ADVANCED MICRO DEVICES, INC.

      Defendant.

Case No.  7:25-cv-000182-DC-DTG

## JOINT CLAIM CONSTRUCTION STATEMENT

In accordance with the Court's scheduling order, the parties submit the following joint claim construction statement:

The parties filed a Joint Motion for Entry of Prior Claim Construction. Dkt. 25. This Joint Motion was granted, ruling on two disputed terms and adopted one undisputed term. Dkt. 27. Other than those three terms, one other term remains disputed and is fully briefed: "the first clock signal is independent from the second clock signal."

| '339 Patent Claims | Redstone's Proposed Construction | AMD's Proposed Construction |
|---|---|---|
| Claims 1, 21 | Plain and ordinary meaning | "the first and second clock signals are generated from different clock sources" |

Jointly submitted on March 16, 2026

/s/ Peter Tong
RUSS AUGUST & KABAT
Reza Mirzaie, CA Bar No. 246953
Email: rmirzaie@raklaw.com
Marc A. Fenster, CA Bar No. 181067
Email: mfenster@raklaw.com
Neil A. Rubin, CA Bar No. 250761
Email: nrubin@raklaw.com
Christian W. Conkle, CA Bar No. 306374
Email: cconkle@raklaw.com
Jonathan Ma, CA Bar No. 312773
Email: jma@raklaw.com
Joshua Scheufler, TX Bar No. 24123406
Email: jscheufler@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Qi (Peter) Tong, TX Bar No. 24119042
Email: ptong@raklaw.com
8080 N. Central Expy., Suite 1503

/s/ Jennifer Librach Nall
Jennifer Librach Nall
Texas Bar No. 24061613
Michael Saulnier
Texas Bar No. 24131647
DLA PIPER LLP (US)
303 Colorado, Suite 3000
Austin, TX 78701
Tel: 512.457.7125
Fax: 512.457.7001
jennifer.nall@us.dlapiper.com
michael.saulnier@us.dlapiper.com

Daniel Valencia
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC 20004
Tel: 202.799.4000
Fax: 202.799.5000
daniel.valencia@us.dlapiper.com

Chris M. Katsantonis
DLA PIPER LLP (US)
444 West Lake Street, Ste 900

1

Dallas, TX 75206  
Telephone: (310) 826-7474  
Facsimile: (310) 826-6991  
*Attorneys for Plaintiff Redstone Logics LLC*

Chicago, IL 60606  
Tel: 312-368-2127  
Fax: 312-251-5727  
Email: chris.katsantonis@us.dlapiper.com

ATTORNEYS FOR DEFENDANT  
ADVANCED MICRO DEVICES, INC.

2

3

## CERTIFICATE OF SERVICE

      I certify that on March 16, 2026, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

                                                         */s/ Peter Tong*
                                                         Peter Tong