**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

REDSTONE LOGICS LLC,

      Plaintiff,

  v.

ADVANCED MICRO DEVICES, INC.,

      Defendant.

Case No. 7:25-CV-00182-DC-DTG

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the following attorney hereby enters his appearance in this matter as counsel of record for Defendant Advanced Micro Devices, Inc. and consents to electronic service of all papers in this action.

Dated: March 23, 2026           Respectfully submitted,

*/s/ Brian K. Erickson*
Brian K. Erickson
TX State Bar No. 24012594
**DLA PIPER LLP (US)**
303 Colorado Street, Suite 3000
Austin, TX 78701
Telephone: (512) 457-7000
Facsimile: (512) 457-7001
brian.erickson@us.dlapiper.com

**ATTORNEYS FOR DEFENDANT**
**ADVANCED MICRO DEVICES, INC.**

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system in accordance with Local Rule CV-5.

*/s/ Brian K. Erickson*
Brian K. Erickson