**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **REDSTONE LOGICS LLC,** | § § § § § § § § § § § | |
| *Plaintiff,* | | |
| **v.** | | |
| **ADVANCED MICRO DEVICES, INC.,** | | **CASE NO. 7:25-CV-00182-DC-DTG** |
| *Defendant,* | | |

**ORDER**

After consideration of the Opening Claim Construction brief (Dkt. No. 26), the Court hereby appoints Dr. Joshua J. Yi as the Court's technical advisor in this case, with his fees and expenses to be assessed equally between Plaintiff and Defendants and timely paid as billed. The parties are **ORDERED** to send courtesy copies of claim construction briefs, exhibits, and technology tutorials ("claim construction materials") in PDF form to:

Dr. Joshua J. Yi

13492 Research Blvd., Ste. 120, #445

Austin, TX 78750

Email: josh@joshuayipatentlaw.com

For claim construction materials that have already been filed as of the date of this Order, the filing party is **ORDERED** to provide copies to Dr. Yi no later than **March 31, 2026 at 10:00 a.m. CST**.

**SIGNED** this 30th day of March, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE