**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| REDSTONE LOGICS LLC | |
| *Plaintiff,* | Case No. 7:25-cv-00182-DC-DTG |
| v. | |
| ADVANCED MICRO DEVICES, INC., | **JURY TRIAL DEMANDED** |
| *Defendant.* | |

<u>**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF RESOLUTION**</u>

Plaintiff Redstone Logics LLC and Defendant Advanced Micro Devices, Inc. hereby file this Joint Motion to Stay All Deadlines. The parties have reached an agreement in principle on all matters in controversy and request that the Court stay the remaining case deadlines for 30 days, so that the parties may finalize the resolution agreement and prepare the appropriate dismissal papers for the Court.

Dated: March 31, 2026                                    Respectfully submitted,

By: */s/ Jennifer Librach Nall*                    By: */s/ Reza Mirzaie*

Jennifer Librach Nall                              **RUSS AUGUST & KABAT**
Texas Bar No. 24061613                             Reza Mirzaie, SBN 246953
Michael Saulnier                                   Email: rmirzaie@raklaw.com
Texas Bar No. 24131647                             Marc A. Fenster, SBN 181067
DLA PIPER LLP (US)                                 Email: mfenster@raklaw.com
303 Colorado, Suite 3000                           Neil A. Rubin, SBN 250761
Austin, TX 78701                                   Email: nrubin@raklaw.com
Tel: 512.457.7125                                  Christian W. Conkle, SBN 306374
Fax: 512.457.7001                                  Email: cconkle@raklaw.com
jennifer.nall@us.dlapiper.com                      Jonathan Ma, SBN 312773
michael.saulnier@us.dlapiper.com                   Email: jma@raklaw.com

Daniel Valencia                                    Joshua Scheufler, SBN 24123406
DLA PIPER LLP (US)
500 Eighth Street, NW                              Email: jscheufler@raklaw.com
Washington, DC 20004
Tel: 202.799.4000                                  12424 Wilshire Boulevard, 12th Floor
Fax: 202.799.5000                                  Los Angeles, California 90025
daniel.valencia@us.dlapiper.com                    Telephone: (310) 826-7474
                                                   Facsimile: (310) 826-6991

Chris M. Katsantonis                               Qi (Peter) Tong
DLA PIPER LLP (US)                                 TX SBN 24119042
444 West Lake Street, Ste 900                      Email: ptong@raklaw.com
Chicago, IL 60606
Tel: 312-368-2127                                  4925 Greenville Avenue, Suite 200
Fax: 312-251-5727                                  Dallas, TX 75206
Email: chris.katsantonis@us.dlapiper.com           Telephone: (310) 826-7474
                                                   Facsimile: (310) 826-6991

*Counsel for Defendant*
*Advanced Micro Devices, Inc.*                     *Attorneys for Plaintiff Redstone Logics LLC*

1

2

## **CERTIFICATE OF SERVICE**

I certify that on March 31, 2026, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

*/s/  Reza Mirzaie*
Reza Mirzaie

## **CERTIFICATE OF CONFERENCE**

I certify that counsel for Plaintiff conferred with counsel for Defendant regarding the subject of this filing, and these contents are agreed.

*/s/  Reza Mirzaie*
Reza Mirzaie