**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **REDSTONE LOGICS LLC,** | § | |
| *Plaintiff,* | § | |
| | § | |
| *v.* | § | **CASE NO. 7:25-CV-00182-DC-DTG** |
| | § | |
| **ADVANCED MICRO DEVICES, INC.,** | § | |
| *Defendant,* | § | |

### ORDER GRANTING JOINT MOTION TO STAY (DKT. NO. 36)

Pending before the Court is the parties' joint motion to stay this matter (Dkt. No. 36). The parties state that they have settled the claims between them and ask that the Court stay all deadlines for thirty (30) days so that the parties may prepare dismissal documents. *Id.* at 2. Having considered the motion, the Court finds it should be **GRANTED** and **ORDERS** as follows:

All unreached deadlines in this matter are **STAYED** for thirty (30) days. On or before **April 30, 2026**, the parties must file dismissal documents or move for the entry of an amended scheduling order.

The *Markman* hearing scheduled for April 1, 2026 is **CANCELLED**.

**SIGNED** this 31st day of March, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE