**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| **REDSTONE LOGICS LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **No. 7:25-cv-00182-DC-DTG** |
| | § | |
| **ADVANCED MICRO DEVICES,** | § | |
| **INC.,** | § | |
| | § | |
| *Defendant,* | § | |

## ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed Dr. Joshua J. Yi to serve as technical advisor in this case. The Court has reviewed the work performed and charges submitted by Dr. Yi for services through today, which include assisting the Court in evaluating the proper construction of the disputed claim term and the preparation for the claim construction hearing. The Court finds the requested amount to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

| | |
|---|---|
| Plaintiff: | $3,272.50 |
| Defendant: | $3,272.50 |

**SIGNED** this 1st day of April, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE