**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

REDSTONE LOGICS LLC

   *Plaintiff,*

  v.

ADVANCED MICRO DEVICES, INC.,

   *Defendant.*

Case No. 7:25-cv-00182-DC-DTG

**JURY TRIAL DEMANDED**

<u>**ORDER GRANTING JOINT MOTION TO EXTEND STAY**</u>

Before the Court is the Joint Motion to Extend Stay filed by Plaintiff Redstone Logics LLC and Defendant Advanced Micro Devices, Inc. After considering the Motion and finding good cause existing for granting the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the deadlines in these cases are hereby stayed through May 21, 2026.

IT IS SO ORDERED.