**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| REDSTONE LOGICS LLC<br><br>*Plaintiff,*<br><br>v.<br><br>ADVANCED MICRO DEVICES, INC.,<br><br>*Defendant.* | Case No. 7:25-cv-00182-DC-DTG<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO DISMISS**

WHEREAS, Plaintiff Redstone Logics LLC ("Plaintiff") and Defendant Advanced Micro Devices, Inc. ("Defendant") have resolved Plaintiff's claims for relief against Defendant and Defendant's counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Defendant, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's claims, defenses, or counterclaims for relief against Plaintiff without prejudice and with all attorneys' fees, costs of court, and expenses borne by the party incurring same.

Dated: May 8, 2026

By: */s/ Jennifer Librach Nall*

Jennifer Librach Nall
Texas Bar No. 24061613
Michael Saulnier
Texas Bar No. 24131647
DLA PIPER LLP (US)
303 Colorado, Suite 3000
Austin, TX 78701
Tel: 512.457.7125
Fax: 512.457.7001
jennifer.nall@us.dlapiper.com
michael.saulnier@us.dlapiper.com

Respectfully submitted,

By: */s/ Reza Mirzaie*

**RUSS AUGUST & KABAT**
Reza Mirzaie, SBN 246953
Email: rmirzaie@raklaw.com
Marc A. Fenster, SBN 181067
Email: mfenster@raklaw.com
Neil A. Rubin, SBN 250761
Email: nrubin@raklaw.com
Christian W. Conkle, SBN 306374
Email: cconkle@raklaw.com
Jonathan Ma, SBN 312773

1

Daniel Valencia
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC 20004
Tel: 202.799.4000
Fax: 202.799.5000
daniel.valencia@us.dlapiper.com

Chris M. Katsantonis
DLA PIPER LLP (US)
444 West Lake Street, Ste 900
Chicago, IL 60606
Tel: 312-368-2127
Fax: 312-251-5727
Email: chris.katsantonis@us.dlapiper.com

*Counsel for Defendant
Advanced Micro Devices, Inc.*

Email: jma@raklaw.com

Joshua Scheufler, SBN 24123406

Email: jscheufler@raklaw.com

12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Qi (Peter) Tong
TX SBN 24119042
Email: ptong@raklaw.com

4925 Greenville Avenue, Suite 200
Dallas, TX 75206
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff Redstone Logics LLC*

## **CERTIFICATE OF SERVICE**

I certify that on May 8, 2026, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

*/s/  Reza Mirzaie*

## **CERTIFICATE OF CONFERENCE**

I certify that counsel for Plaintiff conferred with counsel for Defendant regarding the subject of this filing, and these contents are agreed.

*/s/ Reza Mirzaie*